In the Matter of JAMES MELVIN LEE, Appellant, v THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.

Decided June 25, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

WILHELM NOEL, Appellant, v BRYAN TYLER, Respondent.

Decided June 25, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BALLARD, Appellant.

Submitted June 8, 2015; decided June 25, 2015

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IMMANUEL FLOWERS, Appellant.

Submitted June 22, 2015; decided June 25, 2015

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.